**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2011 | 85378 |
| Rep | Project ID# |
| TD | |

**Bill To**

Baker Donelson
Attn:Mark Frilot
3 Sanctuary Boulevard
Mandeville, LA 70471

Did you know Digital Legal
does
MEDICAL RECORDS
RETRIEVAL?
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|-------------|------------------|----------|----------|
| | United Fiberglass | 12/31/2011 | Mark Frilot |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|----------|----------------|-------------|----------------|--------|
| 16.8 | Hosting | Hosting for Decmber : United Fiberglass | 50.00 | 840.00 |
| 2 | Misc. Services | User Fees per month | 0.00 | 0.00 |
| | | Will follow up at the end of January to see if we will back up the file or take it down. | | |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| | | |
|---|---|---|
| **Sales Tax (9.0%)** | | $0.00 |
| **Total** | | $840.00 |
| **Balance Due** | | $840.00 |

**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2012 | 85756 |
| Rep | Project ID# |
| TD | |

**Bill To**

Baker Donelson
Attn:Mark Frilot
3 Sanctuary Boulevard
Mandeville, LA 70471

Did you know Digital Legal
does
MEDICAL RECORDS
RETRIEVAL?
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|-------------|------------------|----------|----------|
| | United Fiberglass | 1/31/2012 | Mark Frilot |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|----------|----------------|-------------|----------------|--------|
| 16.785 | Hosting | Hosting for January/United Fiberglass | 50.00 | 839.25 |
| 3 | Misc. Services | User Fees per Month | 50.00 | 150.00 |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| | |
|---|---|
| **Sales Tax (9.0%)** | $0.00 |
| **Total** | $989.25 |
| **Balance Due** | $989.25 |

**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2012 | 86093 |
| Rep | Project ID# |
| TD | |

**Bill To**

Baker Donelson
Attn:Mark Frilot
3 Sanctuary Boulevard
Mandeville, LA 70471

Did you know Digital Legal
does
**MEDICAL RECORDS
RETRIEVAL?**
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|-------------|------------------|----------|----------|
| | United Fiberglass | 2/29/2012 | Mark Frilot |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|----------|----------------|-------------|----------------|--------|
| 3 | Misc. Services | User Fees | 50.00 | 150.00 |
| 16.785 | Hosting | Hosting for February | 50.00 | 839.25 |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| | |
|---|---|
| **Sales Tax  (9.0%)** | $0.00 |
| **Total** | $989.25 |
| **Balance Due** | $989.25 |



**DIGITAL LEGAL**

300 S Orange Ave, Suite 950
Orlando, FL 32801
Phone 407-835-0155    Fax 407-835-0161
orlando@digitallegal.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2012 | 21556 |

| Tax ID # 59-3686416 |
|---|

### Bill To

Baker Donelson
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 32701

### Ship To

| Client/Matter Number | Terms | Rep | Ship Date | Ordered by | DL Job Num... |
|---|---|---|---|---|---|
| 2919088-000001 | Net 30 | MT | 2/9/2012 | Gordon Moffat | 2032 |

| Quantity | Item Code | Description | Rate | Amount |
|---|---|---|---|---|
| 7.6 | ESI Processing I | Load data, globally deduplicate, deNist | 150.00 | 1,140.00T |
| 6.8 | ESI Processing II | Remaining data indexed with all meta data extracted, processed for tiff production | 550.00 | 3,740.00T |
| 2 | Technical Labor | Finalize processing of data and prepare deliverable | 125.00 | 250.00T |
| 9,388 | OCR | Optical Characte Recognition | 0.03 | 281.64T |
| | | Harper Project | | |

Thank you for your business. We look forward to working with you again.

By accepting this invoice you are acknowledging that the "Bill To" party is responsible for the amount indicated in full and will pay by the date as indicated above.

**WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY**

Accepted by: _____  Date: _____

| | |
|---|---|
| **Subtotal** | $5,411.64 |
| **Sales Tax (6.5%)** | $351.76 |
| **Total** | $5,763.40 |

**Digital Legal Services**

1010 Common St.
Suite 910
New Orleans, LA 70112

# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2012 | 86573 |
| Rep | Project ID# |
| TD | |

**Bill To**

Baker Donelson
Attn:Mark Frilot
3 Sanctuary Boulevard
Mandeville, LA 70471

Did you know Digital Legal
does
MEDICAL RECORDS
RETRIEVAL?
Ask about our
Records Retrieval Services!!!

| Reference 1 | Refrence 2 and 3 | Due Date | Order By |
|---|---|---|---|
| | United Fiberglass | 3/31/2012 | Mark Frilot |

| Quantity | Project Detail | DESCRIPTION | Price Per Unit | Amount |
|---|---|---|---|---|
| 3 | Misc. Services | User Fees | 50.00 | 150.00 |
| 16.785 | Hosting | Hosting for March (Last Monthof Hosting) | 50.00 | 839.25 |
| 2 | Tech Time | Hours for back Up | 125.00 | 250.00 |
| 1 | Misc. Services | Hard Drive | 150.00 | 150.00 |

Thank You for your business. Tax-ID # 72-1505151.
Call Nicole 504-522-1621 for any questions.

Please pay from this copy. Party Name on bill is held responsible for this payment. NET 30

Recieved By: _____

| | |
|---|---|
| **Sales Tax  (9.0%)** | $0.00 |
| **Total** | $1,389.25 |
| **Balance Due** | $1,389.25 |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20120072

**MAKE CHECKS PAYABLE TO:**

Mark W. Frilot, Esq.
Baker Donelson Bearman Caldwell
   & Berkowitz (Mandeville)
#3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471

Phone:  (985) 819-8400

*mfrilot@bakerdonelson.com*

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:    (504) 589-7778
FAX      (504) 589-7726

*tdtusa1@aol.com*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 07-09-2012 | DATE DELIVERED: 07-09-2012 |

**Case Style:** 11-CV-020-JTM, Jack B. Harper Contractor, Inc v UFA, Inc., et al
Afternoon Sessions, Days 1 - 6, (June 25 - July 6, 2012), before the
Honorable Jane Triche Milazzo; realtime live feed and pdf.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 724 | 2.10 | 1,520.40 | 724 | 1.20 | 868.80 | | | | 2,389.20 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 2,389.20 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| **Deposit Date: 06-25-2012** | | | | | | | LESS AMOUNT OF DEPOSIT: | | | 1,000.00 |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $1,389.20 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Toni Doyle Tusa, CCR, FCRR* | DATE 07-09-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE LAED

INVOICE NO: 00201300

**MAKE CHECKS PAYABLE TO:**

Mark W. Frilot
Baker Donelson Bearman Caldwell
#3 Sanctuary Blvd.
Suite 201
Mandeville, LA 70471

Phone: (985) 819-8400

*mfrilot@bakerdonelson.com*

SUSAN A. ZIELIE, RPR, FCRR
Federal Official Court Reporter
HB406
500 Poydras Street
New Orleans, LA 70130

Phone: (504) 589-7781

Tax ID: 27-4516729
*susan_zielie@laed.uscourts.gov*

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 07-02-2012 | DATE DELIVERED: 07-02-2012 |
|---|---|---|

**Case Style:** 11-CV-020, Harper v UFA; PCI
```
RTRD Live Feed 6.26.12am, 7.02.12am, 7.03.12am, 7.05.12am, 7.06.12am
3-way split
RTRD "cleaned-up" copy 6.26.12am, 7.02.12am, 7.03.12am, 7.05.12am,
7.06.12am
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 703 | 2.10 | 1,476.30 | 703 | 1.20 | 843.60 | | | | 2,319.90 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 2,319.90 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| **Deposit Date: 07-02-2012** | | LESS AMOUNT OF DEPOSIT: | 1,000.00 |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $1,319.90 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 07-09-2012 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



# DOCUSOURCE
## litigation support solutions

INVOICE

LITIGATION SUPPORT SOLUTIONS

DATE 6/30/12

Bill To Customer # 8          QP:  GALL          Originals From

| Firm/Co: GALLOWAY JOHNSON | Name: |
| Name: JERRY MELCHIODE | Address: |
| Address: 701 POYDRAS STREET | |
| SUITE 4040 | |
| City:NEW ORLEANS, St:LA Zip: 70139 | Phone: |
| Phone: 5045256802     AM : JACK | |

SR: LAS

Reference Number: HARPER TRIAL - ALL PARTIES COURT EXHIBITS          61649

━━━━━━━━━━━━━━━━━━━━━━ Special Instructions ━━━━━━━━━━━━━━━━━━━━━━

TOTAL INVOICE  FOR ALL PARTIES COURT EXHIBITS USED FOR HARPER TRIAL

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|-----------|-------|
| 1 | 1 | SEE ATTACHED DESCRIPTION FOR LIST OF CHARGES FOR COURT EXHIBITS | $9787.2400 | 9787.24 |

|  | |
|---|---|
| Sub-Total: | 9787.24 |
| Freight: | |
| Tax: | 880.85 |
| Total: | 10668.09 |

DUE 15 DAYS. PLEASE PAY FROM THIS
INVOICE.  NO STATEMENT WILL BE SENT.
A FINANCE CHARGE OF 1.5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689

NET 15 DAYS



# DOCUSOURCE
## litigation support solutions

INVOICE

LITIGATION SUPPORT SOLUTIONS

DATE 6/30/12

INVOICE NO 118333

Bill To Customer # 8     QP: GALL     Originals From

Firm/Co: GALLOWAY JOHNSON
    Name: JERRY MELCHIODE
Address: 701 POYDRAS STREET
      SUITE 4040
    City:NEW ORLEANS, St:LA Zip: 70139
Phone: 5045256802    AM : JACK

Name:
Address:

Phone:

SR: LAS

Reference Number: HARPER TRIAL - ALL PARTIES COURT EXHIBITS     61649

═══════════ Special Instructions ═══════════
TOTAL INVOICES FOR ALL PARTIES COURT EXHIBITS USED FOR HARPER TRIAL

| ORIG | COPIES | Description | Unit Price | Total |
|------|--------|-------------|------------|-------|
| 1 | 1 | SEE ATTACHED DESCRIPTION FOR LIST OF CHARGES FOR COURT EXHIBITS | $9787.2400 | 9787.24 |

DUE 15 DAYS. PLEASE PAY FROM THIS
INVOICE. NO STATEMENT WILL BE SENT.
A FINANCE CHARGE OF 1.5% PER MONTH
WILL BE ASSESSED AFTER 30 DAYS.

Sub-Total: 9787.24
Freight:
Tax: 880.85
Total: 10668.09

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689

NET 15 DAYS

| Harper Trial | Unit/ | Unit/Rate per hour | Total |
|---|---|---|---|
| Blowbacks - B&W | 10308 | $0.10 | $1,030.80 |
| Blowbacks - Color | 3464 | $1.00 | $3,464.00 |
| Tabs | 514 | $0.30 | $154.20 |
| Binder - 2 inch | 1 | $12.00 | $12.00 |
| Binders - 3 inch | 14 | $15.00 | $210.00 |
| Binders - 4 inch | 5 | $20.00 | $100.00 |
| Binders - 5 inch | 2 | $25.00 | $50.00 |
| Creation of final exhibit list and electronic exhibits; hyperlink and objections | 28 | $125.00 | $3,500.00 |
| Branding of Exhibit List | 13772 | $0.02 | $275.44 |
| Electronic Exhibit Stamp/Labels | 466 | $0.05 | $23.30 |
| Electronic Exhibit List/Exhibit to Court on Flash Drive | 2 | $75.00 | $150.00 |
| Final Exhibit Electronic Exhibit List/Exhibits to Court on Flash Drive | 3 | $75.00 | $225.00 |
| CD Exhibits - JBH056 and JBH064 | 2 | $20.00 | $40.00 |
| DVD Copy of Exhibit List | 3 | $40.00 | $120.00 |
| Final DVD Copy of Exhibits | 3 | $40.00 | $120.00 |
| Exhibit Corrections/Additions | 2.5 | $125.00 | $312.50 |
| | | | |
| Total | | | $9,787.24 |

Jerry Melchiode

Galloway Johnson

# *Docucenter*

2033 N. Highway 190
Suite 2
Covington, LA 70433

*Ph: (985) 809-5769*

*Fax: (985) 809-5725*

| Date | Invoice # |
|------|-----------|
| 12/2/2011 | 5647 |

**Bill To**

Russo, Jeanette
Baker Donelson
No. 3 Sanctuary Blvd. Ste. 201
Mandeville, Louisiana 70471

**Ship To**

| Job Name | P.O. Number | Terms | Rep |
|----------|-------------|-------|-----|
| | 2919088-000001 | Net 30 | AB |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| 347 | Grade A | light litigation reproduction, per copy | 0.09 | 31.23T |
| 67 | 100 prints or less | | 0.59 | 39.53T |
| | | Sales Tax | 8.75% | 6.19 |

*Please Pay*
*2919088-000001*

*mwm*

SENT
DEC 8 2011
to Memphis

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-000001
Mail Check to Vendor
Signature                    12/5/11
                             Date

Thank you for your business.
Payment: payment is due within 30 days after receipt of goods
with an approved customer account.
Interest penalty: Interest rate at the rate of 15% per annum will be
charged to accounts that are over 30 days past due.

| Total | $76.95 |
|-------|--------|



*www.docucenter.com*



# LEX | LITIGATION GROUP LLC
*Discovery To Verdict™*

**New Orleans** 504.722.1801 **Baton Rouge** 225.291.6595 **Lafayette** 337.266.2102 **Houston** 713.805.9249

Mark W. Frilot
Baker, Donelson, Bearman, Caldwell & B
3 Sanctuary Boulevard
Suite 201
Mandeville, LA 70471

| Invoice Date | Invoice # |
|---|---|
| 3/1/2012 | 2020LEX |

**TAX ID: 45-2610512**

| | |
|---|---|
| **Job Date/Time:** | 2/9/2012 8:09:00 AM |
| **Case:** | Jack B. Harper Contractor, Inc vs. United Fiberglass of America |
| **Witness:** | Kent Gruber |
| **Venue:** | USDC - EDLA |
| **Case #:** | 2:11-CV-00020-JTM-JCW |

## Description

COPY LAY TESTIMONY (10% disc incl.)
ROUGH DRAFT
COPY/SCAN OF BLACK & WHITE EXHIBIT(S)
COLOR/SCAN OF BLACK & WHITE EXHIBIT(S)
COPY/SCAN OVERSIZED EXHIBIT(S)
MASTER CD (10% disc)
READ AND SIGN
ADMIN FEE
UPS (AT COST)

SENT
MAR 30 2012
to Memphis

*Please pay*

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-00001
Mail Check to Vendor
*Jean LeBlanc* 3/27/12
Signature          Date

*2919088-00001*

| | |
|---|---|
| **Sub Total** | $1,415.26 |
| **Payments** | $0.00 |
| **Balance Due** | $1,415.26 |

**w w w . l e x l i t i g a t i o n . c o m**
**s e t d e p o @ l e x l i t i g a t i o n . c o m**
600 Jefferson Street, Suite 511
Lafayette, Louisiana 70501

# Docucenter

2033 N. Highway 190
Suite 2
Covington, LA 70433

Ph: (985) 809-5769
Fax: (985) 809-5725

| Date | Invoice # |
|------|-----------|
| 3/6/2012 | 6833 |

**Bill To**

Russo, Jeanette
Baker Donelson
No. 3 Sanctuary Blvd. Ste. 201
Mandeville, Louisiana 70471

**Ship To**

| Job Name | | P.O. Number | Terms | Rep |
|----------|--|-------------|-------|-----|
| | | 2919088-000001 | Net 30 | AB |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| 1,278 | Grade A | light litigation reproduction, per copy | 0.09 | 115.02T |
| | | Sales Tax | 8.75% | 10.06 |

*Please pay 2919088-000001*

SENT
MAR 7 2012
to Memphis

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-000001
Mail Check to Vendor
Signature _____ Date 3/6/12

Thank you for your business.
Payment: payment is due within 30 days after receipt of goods
with an approved customer account.
Interest penalty: Interest rate at the rate of 15% per annum will be
charged to accounts that are over 30 days past due.

| Total | $125.08 |
|-------|---------|



**docucenter**
**www.docucenter.com**

# Docucenter

2033 N. Highway 190
Suite 2
Covington, LA 70433

*Ph: (985) 809-5769*

*Fax: (985) 809-5725*

| Date | Invoice # |
|------|-----------|
| 3/13/2012 | 6982 |

**Bill To**

Russo, Jeanette
Baker Donelson
No. 3 Sanctuary Blvd. Ste. 201
Mandeville, Louisiana 70471

**Ship To**

| Job Name | P.O. Number | Terms | Rep |
|----------|-------------|-------|-----|
| | 2919088-000001 | Net 30 | VB |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|-----------|--------|
| 3,210 | Grade C | Rush grade B (less than 24 hrs) | 0.19 | 609.90T |
| 12 | Tab 5 bank | per sheet | 0.50 | 6.00T |
| | | Sales Tax | 8.75% | 53.90 |

To Memphis Accounts Payable
O.k. To Pay *2919088-00000 1*
Account # 
Mail Check to Vendor *3/14/12*
Signature Date

SENT
MAR 16 2012
to Memphis

*Please pay*
*2919088-00000 1*

Thank you for your business.
Payment: payment is due within 30 days after receipt of goods
with an approved customer account.
Interest penalty: Interest rate at the rate of 15% per annum will be
charged to accounts that are over 30 days past due.

| Total | $669.80 |
|-------|---------|



**docucenter**
*www.docucenter.com*



**LEX** | LITIGATION GROUP LLC
*Discovery To Verdict™*

New Orleans 504.722.1801 **Baton Rouge** 225.291.6595 **Lafayette** 337.266.2102 **Houston** 713.805.9249

Mark W. Frilot
Baker, Donelson, Bearman, Caldwell & B
3 Sanctuary Boulevard
Suite 201
Mandeville, LA 70471

| Invoice Date | Invoice # |
|---|---|
| 3/14/2012 | 2083LEX |

**TAX ID: 45-2610512**

| | |
|---|---|
| **Job Date/Time:** | 2/17/2012 11:02:00 AM |
| **Case:** | Jack B. Harper Contractor, Inc. vs. United Fiberglass of America |
| **Witness:** | Rob Madigan |
| **Venue:** | USDC - EDLA |
| **Case #:** | 2:11-CV-00020-JTM-JCW |

**Description**

COPY LAY TESTIMONY (10% disc incl.)
REALTIME & ROUGH DRAFT
COPY/SCAN OF BLACK & WHITE EXHIBIT(S)
MASTER CD (10% disc)
READ AND SIGN
ADMIN FEE
UPS (AT COST)

SENT
MAR 16 2012
to Memphis

| | |
|---|---|
| **Sub Total** | $568.82 |
| **Payments** | $0.00 |
| **Balance Due** | $568.82 |

To Memphis Accounts Payable
O.k. To Pay
Account # *2919088 - 00001*
Mail Check to Vendor
*[signature]* 3/15/12
Signature Date

*Please pay 2919088-00001*

**w w w . l e x l i t i g a t i o n . c o m**
**s e t d e p o @ l e x l i t i g a t i o n . c o m**
600 Jefferson Street, Suite 511
Lafayette, Louisiana 70501



2919088-01

**New Orleans** 504.722.1801   **Baton Rouge** 225.291.6595   **Lafayette** 337.266.2102   **Houston** 713.805.9249

Mark W. Frilot
Baker, Donelson, Bearman, Caldwell & B
3 Sanctuary Boulevard
Suite 201
Mandeville, LA 70471

| Invoice Date | Invoice # |
|---|---|
| 3/19/2012 | 2106LEX |

**TAX ID: 45-2610512**

| | |
|---|---|
| **Job Date/Time:** | 2/23/2012 9:02:00 AM |
| **Case:** | Jack B. Harper Contractor, Inc. vs. United Fiberglass of America |
| **Witness:** | Rob Humphreys |
| **Venue:** | USDC - EDLA |
| **Case #:** | 2:11-CV-00020-JTM-JCW |

## Description

COPY LAY TESTIMONY (10% disc incl.)

REALTIME & ROUGH DRAFT

MASTER CD (10% disc)

READ AND SIGN

ADMIN FEE

UPS (AT COST)

| | |
|---|---|
| **Sub Total** | $484.37 |
| **Payments** | $0.00 |
| **Balance Due** | $484.37 |

SENT
MAR 23 2012
to Memphis

Please
Pay
2919088 -
000001

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-000001
Mail Check To Vendor            3/22/12
Signature                        Date

**w w w . l e x l i t i g a t i o n . c o m**
**s e t d e p o @ l e x l i t i g a t i o n . c o m**
600 Jefferson Street, Suite 511
Lafayette, Louisiana  70501

| | Check Number | 401904 | 3760845 | | | 3760845 |
|---|---|---|---|---|---|---|

| IIIIIIII IIIII IIIIII IIIII IIIIII IIIII IIIII IIIIIII II IIII

Witness and mileage fees for UFA/JBH trial - 401904

| | | | | | Cost Code |
|---|---|---|---|---|---|
| 2919088 000001 | 6/8/2012 | $ | 131 03 | 010292 | 500 |

06/08/2012

ONE HUNDRED THIRTY-ONE AND 03/100 DOLLARS

$131.03

Elizabeth Delaney

Witness and mileage fees for UFA/JBH trial - 401905

| | | | | | Cost Code | |
|---|---|---|---|---|---|---|
| 2919088 000001 | | 6/8/2012 | $ | 75 33 | 010292 | 500 |

06/08/2012

**SEVENTY-FIVE AND 33/100 DOLLARS**

**$75.33**

John O. Adams

Witness and mileage fees for UFA/JBH trial - 401909

| | | | | | Cost Code |
| --- | --- | --- | --- | --- | --- |
| 2919088.000001 | 6/12/2012 | $ | 126.75 | 010292 | 500 |

06/12/2012

ONE HUNDRED TWENTY-SIX AND 75/100 DOLLARS

$126.75

Ed Champagne

2919088-01

# RUNNING LEGAL

BILL TO _BAKer - Don elson_   458-9462     BILL DATE _6-12-12_

CASE NAME _HAper_ _____ V. _United Fiberglass_

CASE NO. _12:11-CU-00020_     COURT _USD C_

TYPE OF DOCUMENT _Subpoena_

## CHECK APPLICABLE SERVICES:

| | | |
|---|---|---|
| _____ FILE DOCUMENT | _____ ARRANGE SERVICE | _____ WALK THROUGH TO JUDGE |
| _____ OBTAIN COURT DATE | _____ # RETURN CERTIFIED COPIES | _____ # OF COPIES CONFORMED |
| _X_ OTHER | | |

SPECIAL INSTRUCTIONS

To Memphis Accounting
O.k. To Pay
Account # _2919088-000001_
Mail Check to Vendor
_Jean Dillon_  _6/14/12_
Signature      Date

_Serve Subpoena_

_Please pay 2919088-000001_

FEE _(75⁰⁰)_     COST ADVANCE _____     TOTAL DUE _75⁰⁰_

Running Legal • 72 Sequoia Street • Kenner, Louisiana 70065 • (504) 458-9462

SENT
JUN 1 5 2012
to Memphis

# *QUALITY BUSINESS SERVICES, INC.*
## *Post Office Box 80512*
## *Baton Rouge, Louisiana  70898-0512*
## *Telephone:  (225) 335-5296*

*Jeff P. Montagino*
*jeffmontagino@bellsouth.net*

DATE:     June 12, 2012

TO:       Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
          Chase North Tower
          450 Laurel Street, 20th Floor
          Baton Rouge, LA 70801

ATTN:     Mark W. Frilot, Attorney
          P. Jeanette Russo, Paralegal

RE:       Jack B. Harper Contractor, Inc vs.
          United Fiberglass of America, Inc
          File No.2919088-000001

SENT
JUN 1 5 2012
to Memphis

## INVOICE NO. QBS 06559

| Date of Service | Type of Service | Party Served | Fee |
|---|---|---|---|
| 6/11/12 | Personal | Elizabeth Delaney, Louisiana Department of Transportation & Development c/o Tim Strohschein, Attorney for LA DOTD 1201 Capitol Access Road, Room N-341 Baton Rouge, LA 70802 | $100.00 |

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088 000001
Mail Check to Vendor
*[signature]*          6/14/12
Signature            Date

Please pay
2919088-
000001

**TOTAL**     **$100.00**

**THANK YOU FOR YOUR BUSINESS!**
Please make check payable to:
*Quality Business Services, Inc.*
Federal Tax ID No. 26-4087828

**"In God We Trust"**

# QUALITY BUSINESS SERVICES, INC.
## Post Office Box 80512
## Baton Rouge, Louisiana 70898-0512
## Telephone: (225) 335-5296

*Jeff P. Montagino*
*jeffmontagino@bellsouth.net*

DATE:   June 21, 2012

TO:   Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Chase North Tower
450 Laurel Street, 20th Floor
Baton Rouge, LA 70801

ATTN:   Mark W. Frilot, Attorney
P. Jeanette Russo, Paralegal

RE:   Jack B. Harper Contractor, Inc vs.
United Fiberglass of America, Inc
File No.2919088-000001

## INVOICE NO. QBS 06562

| Date of Service | Type of Service | Party Served | Fee |
|---|---|---|---|
| 6/14/12 | Personal | Ed Champagne GEC, Inc 8282 Goodwood Blvd. Baton Rouge, LA 70806 | $100.00 |

SENT
JUL 1 0 2012
to Memphis

**TOTAL**        **$100.00**

Please pay 2919088-000001

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-000001
Mail Check to Vendor       6/28/12
Signature                         Date

**THANK YOU FOR YOUR BUSINESS!**
**Please make check payable to:**
*Quality Business Services, Inc.*
Federal Tax ID No. 26-4087821

"In God We Trust"

2919088

# AUSTIN REPROGRAPHICS, INC.
1300 West Causeway, Suite 100
MANDEVILLE, LA 70471
985-626-5627

| CUSTOMER'S ORDER NO. | | | PHONE | | | DATE 1/28/11 |
|---|---|---|---|---|---|---|

NAME

ADDRESS  Baron, Donelson

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Bond 7443 | | |
| 26 | Bond 74x38 | .84 | 21.84 |
| 4 | Bond 24x36 | .42 | 1.68 |
| 8 | 11x17 B/W | .40 | 3.20 |
| | | | |
| | 2119088 - 000001 | | |
| | | | |

**To Memphis Accounts Payable**
O.k. To Pay
Account # 2919088-00001
Mail Check to Vendor

_____ 1/31/2011
Signature            Date

| | | TAX | 2.47 |
|---|---|---|---|
| RECEIVED BY | | TOTAL | 29.19 |

D PRODUCT 610T    All claims and returned goods must be accompanied by this bill.

55164

**THANK YOU**

SENT
FEB 4 2011
to Memphis

# AUSTIN REPROGRAPHICS, INC.

1300 West Causeway, Suite 100
MANDEVILLE, LA 70471
985-626-8627

| CUSTOMER'S ORDER NO. 2919088-00001 | PHONE | | DATE 6/10/11 |
|---|---|---|---|

NAME Baker, Donaldson

ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE ✓ | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 22 | | 1.50 | 33.00 |
| 4 | | .75 | 3.00 |
| 6 | | .16 | 3.20 |
| | | | |
| | | | |
| | | Please Pay | |
| | 2919088-00001 | | |

To Memphis Accounts Payable
O.k. To Pay
Account # 2919088-00001
Mail Check to Vendor

Signature _____ 6/13/11 Date

| | ST | 39 | 20 |
| | TAX | 3 | 42 |
| | TOTAL | 42 | 82 |

RECEIVED BY

D PRODUCT 404    All claims and returned goods must be accompanied by this bill.

56600

**THANK YOU**

SENT
JUN 15 2011
to Memphis

# AUSTIN REPROGRAPHICS, INC.

1800 West Causeway, Suite 100
MANDEVILLE, LA 70471
985-626-5627

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 1/17/12 | |
|---|---|---|---|---|---|---|
| 2919088-00001 | | | | | | |
| NAME | Baker Donelson | | | | | |
| ADDRESS | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | 11X17 Scans | .72 | 2.88 |
| 2 | 18x24 Scans | 1.65 | 3.30 |
| 11 | 24x36 Scans | 3.30 | 36.30 |
| 1 | CD | 8.00 | 8.00 |

**To Memphis Accounts Payable**
O.k. To Pay
Account #2919088-00001
Mail Check to Vendor
_____ 1/17/12
Signature          Date

Please pay
2919088-00001

| | TAX | 4.67 |
|---|---|---|
| | TOTAL | 55.15 |

RECEIVED BY

D  PRODUCT 610T   All claims and returned goods must be accompanied by this bill.

58624

**THANK YOU**

SENT
JAN 20 2012
to Memphis

# AUSTIN REPROGRAPHICS, INC.

1800 West Causeway, Suite 100
MANDEVILLE, LA 70471
**985-626-5627**

| CUSTOMER'S ORDER NO. | PHONE | DATE 3-5-12 |
|---|---|---|
| NAME | Baker, Donelson | |
| ADDRESS | | |

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 144 | B/W 11X17 | | 21.60 |
| | To Memphis Accounts Payable | | |
| | O.k. To Pay | | |
| | Account # 2919088-000001 | | |
| | Mail Check to Vendor | | |
| | John L. Blair  3/6/12 | | |
| | Signature        Date | | |
| | | | |
| | Please pay | | |
| | 2919088-000001 | | |
| | | | |
| | | TAX | 21.60 |
| | | | 2.00 |
| RECEIVED BY | | TOTAL | 23.60 |

All claims and returned goods must be accompanied by this bill.

D  PRODUCT 610F
59030

**THANK YOU**

SENT
MAR 7 2012
to Memphis